# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 19, 2019

159199

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

**PEOPLE OF THE STATE OF MICHIGAN,**
      Plaintiff-Appellee,

v

**CODY LEONARD SOUCIE,**
      Defendant-Appellant.

SC: 159199
COA: 346449
Macomb CC: 2017-000311-FH

_____/

      On order of the Court, the application for leave to appeal the February 25, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 19, 2019



Clerk

p0612